UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-23884 |
| | ) | |
| Stephanie Sykes | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | DuPage |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the Motion of the DEBTOR to Modify the Plan, due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Debtor is required to pay an additional $5,000.00 to the Trustee's office by November 4, 2019.

2. The requirement to turn over any further non-exempt proceeds previously received by the Debtor as a result of her personal injury settlement is waived.

Enter:

*/s/ Janet S. Baer (nkd)*

United States Bankruptcy Judge

Dated: 9/11/2019

**Prepared by:**
Christopher Turnbull
Attorney for Debtor(s)
Law Office Of Jason Blust
211 W. Wacker Dr., Suite 300
Chicago, IL 60606
(312) 273-5001

Rev: 20130103_bko